**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

| | |
|---|---|
| Appellate case name: | Joel D. Mallory v. J.P. Morgan Chase Bank, N.A., as successor by merger to Chase Home Finance, L.L.C., and Codilis & Stawiarski, P.C. |
| Appellate case number: | 01-12-00707-CV |
| Trial court case number: | 2010-64487 |
| Trial court: | 151st District Court of Harris County |
| Date motion filed: | June 18, 2013 |
| Party filing motion: | Appellant |

It is ordered that "Appellant's Motion for Reconsideration of Order of Dismissal" is **denied**.

Justice's signature: /s/ Rebeca Huddle
                        Acting for the Court

Panel consists of: Justices Jennings, Brown, and Huddle

Date: July 11, 2013